THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: alockhart@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN | CASE NO. 2:18-cv-01118-MCE-EFB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| JINJU SUSHI INC., *et al.* | |
| Defendants. | |

**To the Court, all Parties, and their attorneys of record:**

Attorney Amanda Lockhart hereby withdraws as counsel for all Plaintiff Byron Chapman. Ms. Lockhart has accepted a position at another firm and will no longer work for The Frankovich Group or on behalf of Plaintiff Byron Chapman.

Dated: August 7, 2018            THOMAS E. FRANKOVICH, APLC
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:  /s/ Amanda Lockhart
                                 Amanda Lockhart
                                 Attorneys for Plaintiff