Thomas E. Frankovich (SBN 074414)
THOMAS E. FRANKOVICH, APLC
1163 Hoff Way, #203
Orland, CA 95963
Telephone: (530) 824-1000
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff,
BYRON CHAPMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>JINJU SUSHI INC A CALIFORNIA CORP dba I LOVE TERIYAKI; HANNA, LLC, a CALIFORNIA LIMITED LIABILITY COMPANY; PROEQUITY ASSET MANAGEMENT, a CALIFORNIA CORPORATION,<br><br>    Defendants. | CASE NO. 2:18-cv-01118-MCE-EFB<br><u>Civil Rights</u><br><br><br><br><br>ORDER FOR DISMISSAL<br><br><br><br><br>Action Filed: May 4, 2018<br>Trial Date: None Set |

In accordance with the parties' stipulation to dismiss this action, in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and good cause appearing, this case is hereby dismissed, with prejudice and with each side to bear its own costs and attorneys' fees. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: August 20, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE